**No. 09-580. Harley D. Zephier, Sr., et al., Petitioners v. United States, et al.**

559 U.S. 1067, 130 S. Ct. 2090, 176 L. Ed. 2d 722, 2010 U.S. LEXIS 3406.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 559 F.3d 1228.

**No. 09-583. Henrietta Browning, Petitioner v. United States, et al.**

559 U.S. 1067, 130 S. Ct. 2090, 176 L. Ed. 2d 722, 2010 U.S. LEXIS 3448.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 567 F.3d 1038 and 340 Fed. Appx. 353.

**No. 09-590. The Programmers Guild, et al., Petitioners v. Janet Napolitano, Secretary of Homeland Security, et al.**

559 U.S. 1067, 130 S. Ct. 2090, 176 L. Ed. 2d 722, 2010 U.S. LEXIS 3428.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 338 Fed. Appx. 239.

**No. 09-604. Vince Vinhtuong Nguyen, Petitioner v. California.**

559 U.S. 1067, 130 S. Ct. 2091, 176 L. Ed. 2d 722, 2010 U.S. LEXIS 3460.

April 19, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 46 Cal. 4th 1007, 95 Cal. Rptr. 3d 615, 209 P.3d 946.

**No. 09-628. Richard Vezina, Petitioner v. Florida.**

559 U.S. 1067, 130 S. Ct. 2091, 176 L. Ed. 2d 722, 2010 U.S. LEXIS 3335.

April 19, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 17 So. 3d 1226.

**No. 09-664. Luis Enrique Arambula-Medina, Petitioner v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 1067, 130 S. Ct. 2092, 176 L. Ed. 2d 722, 2010 U.S. LEXIS 3414.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 572 F.3d 824.

**No. 09-666. Lithium Power Technologies, Inc., et al., Petitioners v. United States ex rel. Alfred J. Longhi, Jr., et al.**

559 U.S. 1067, 130 S. Ct. 2092, 176 L. Ed. 2d 722, 2010 U.S. LEXIS 3370.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 575 F.3d 458.

**No. 09-678. Patricia Simon, et al., Petitioners v. United States.**

559 U.S. 1068, 130 S. Ct. 2092, 176 L. Ed. 2d 722, 2010 U.S. LEXIS 3449.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.